Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
JESUSITA CHARLES

# UNITED STATES DISTRICT COURT,
# EASTERN DISTRICT OF CALIFORNIA,
# SACRAMENTO DIVISION

| | |
|---|---|
| JESUSITA CHARLES, | Case No.: 2:10-cv-00697 |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| DIVERSIFIED ADJUSTMENT SERVICE, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, JESUSITA CHARLES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: September 20, 2010　　　KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager
Attorney for Plaintiff