1   Nicholas J. Bontrager, Esq. (SBN 252114)
    Krohn & Moss, Ltd.
2   10474 Santa Monica Blvd., Suite 401
    Los Angeles, CA 90025
3   T: (323) 988-2400; F: (866) 802-0021
    nbontrager@consumerlawcenter.com
4   Attorneys for Plaintiff,
    JESUSITA CHARLES
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA,**

10

11  JESUSITA CHARLES,                    )   **Case No.: 2:10-cv-00697-MCE-DAD**
                                         )
12              Plaintiff,               )   **ORDER OF DISMISSAL WITH**
          v.                             )   **PREJUDICE**
13                                       )
    DIVERSIFIED ADJUSTMENT SERVICE,      )
14  INC.,                                )
                Defendant.               )
15                                       )
                                         )
16  _____

17         Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ.

18  P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice.

19

20  **IT IS SO ORDERED.**

21  Dated:  December 9, 2010

22  _____
23  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28                                      1